JANUARY, 1842.                 275

Forsyth & another *v.* Gaiennie & another.        Kohn, &c. *v.* Wagner, &c.

HENRY FORSYTH and another *v.* LOUIS RENÉ GAIENNIE·
and another.

APPEAL by the defendants from a judgment of the District
Court of the First District, *Buchanan,* J.

*Wharton,* for the plaintiffs, submitted the case without ar-
gument. No counsel appeared for the appellants.

MORPHY, J. The certificates of the clerk and judge show that
the record before us does not contain all the evidence, and there is
no bill of exceptions, statement of facts, or assignment of errors.

*Appeal dismissed.*